IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:25-CR-11-1FL

UNITED STATES OF AMERICA )
)
)
v. )
) **ORDER**
)
BRANDON ANTHONY RUDD, )
)
Defendant. )

Pending before the court are three motions to suppress evidence filed by Defendant, which motions have been referred to the undersigned for memorandum and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B). To fully develop the record, and without determining whether Defendant has made a substantial preliminary showing to justify a hearing pursuant to *Franks v. Delaware*, 438 U.S. 154 (1978), the court GRANTS Defendant's request for an evidentiary hearing.

The court hereby ORDERS counsel for the parties to confer and submit to the court, on or before **March 30, 2026**, at least four (4) proposed dates for hearing of Defendant's motions, together with an estimate of time needed for the hearing.

This 12th day of March 2026.

KIMBERLY A. SWANK
United States Magistrate Judge